# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-13852 |
| THALIA, LLC | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter     of the United States Bankruptcy Code on
    .   The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                              $

> Funds were disbursed in the following amounts:
>
> Administrative expenses
> Payments to creditors
> Non-estate funds paid to 3rd Parties
> Exemptions paid to the debtor
>
> Leaving a balance on hand of                          $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

6.  The deadline for filing claims in this case was              . All claims of each class
which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $     .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $     as interim compensation and now requests a sum of $    , for a total compensation of $    .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $   , for total expenses of $   .

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____      By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: 07-13852 PSH Judge: PAMELA S. HOLLIS | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: THALIA, LLC | Date Filed (f) or Converted (c): 08/01/07 (f) |
| | 341(a) Meeting Date: 08/30/07 |
| For Period Ending: 07/01/09 | Claims Bar Date: 02/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL BUILDING (u)    1221 W. 18TH ST | Unknown | Unknown | | 11,400.00 | Unknown |
| 2. RENT (u)    1221 W. 18TH ST | Unknown | Unknown | | 8,000.00 | Unknown |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7,029.31 | Unknown |
| 4. NATIONAL BANK OF COMMERCE (u)    OPERATING ACCOUNT | Unknown | Unknown | | 14,432.07 | Unknown |
| 5. 06 CH 27845 (u)    (including potential tax credit) | Unknown | 0.00 | | 3,125,000.00 | FA |
| 6. REFUNDS (u) | 0.00 | Unknown | | 12,500.61 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $0.00   $0.00   $3,178,361.99   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- SURPLUS FUNDS PAID TO ESTATE

-NO SCHEDULES FILED BY DEBTOR

-SOUGHT SALE OF RE

-NEGOTIATED FORECLOSURE SALE WITH MINIMUM BID BY 1 OF 2 MEMBERS OF LLC; FORECLOSURE SALE HELD, CHALLENGED IN STATE COURT BY NON-BIDDING PARTNER

- MORTGAGE LENDER PAID IN FULL AFTER APPROVAL OF FORECLOSURE SALE

-SURPLUS FUNDS PAID TO ESTATE

-TRUSTEE HAS REVIEWED ALL CLAIMS AND PAID 100% DISTRIBUTION, AND HAS MADE INTERIM DISTRIBUTION OF SURPLUS FUNDS TO THE 2 MEMBERS OF DEBTOR

-PROVISION FOR TAX RETURNS HAS BEEN MADE

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 07-13852 PSH Judge: PAMELA S. HOLLIS | |
| Case Name: | THALIA, LLC | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/01/07 (f) |
| 341(a) Meeting Date: | 08/30/07 |
| Claims Bar Date: | 02/26/08 |

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 06/30/09

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-13852 -PSH | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Case Name: | THALIA, LLC | | | Bank Name: | Bank of America, N.A. | |
| | | | | Account Number / CD #: | 4429208023 Money Market - Interest Bearing | |
| Taxpayer ID No: | *******4775 | | | | | |
| For Period Ending: | 07/01/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/07 | 2 | JASON MACLEAN AND MARYAM SALEH UNIT 4 1221 W. 18TH ST CHICAGO, IL 60608 | RENT - 9/07 | 1230-000 | 1,100.00 | | 1,100.00 |
| 09/04/07 | 2 | MITCHELL SCHMIEDING/MARJORIE BRANSFIELD | RENT - 9/07 | 1230-000 | 2,400.00 | | 3,500.00 |
| 09/06/07 | 2 | HAMEEDA S. SHAIKH 1225 W. 18TH STREET UNIT #2 SI CHICAGO, IL 60608 | 9/07 RENT | 1230-000 | 1,050.00 | | 4,550.00 |
| 09/06/07 | 2 | ASHLEY A. KABAT 1225 W. 18TH ST UNIT 2 CHICAGO, IL 60608 | 9/07 RENT | 1230-000 | 1,050.00 | | 5,600.00 |
| 09/12/07 | 000101 | COMED BILL PAYMENT CENTER CHICAGO, IL 60668-0001 | 2258 N. KIMBALL 8634005000 $21.48 7290093003 $43.36 4707005047 $158.71 | 2690-000 | | 223.55 | 5,376.45 |
| 09/13/07 | 2 | OTTO J. ROESER | 9/07 RENT | 1230-000 | 2,400.00 | | 7,776.45 |
| 09/28/07 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 3.24 | | 7,779.69 |
| 10/02/07 | 4 | NATIONAL BANK OF COMMERCE | WIRE TRANSFER-LIQBANK ACCT | 1221-000 | 2,528.65 | | 10,308.34 |
| 10/02/07 | 000102 | COLLEEN E. SOISSON DAVID JONES | FULL REFUND OF SECURITY DEPOSIT | 8500-000 | | 4,600.00 | 5,708.34 |
| 10/04/07 | 000103 | UNITED FIRE GROUP P.O. BOX 3244 CEDAR RAPIDS, IA 52406-3244 | INS PREMIUM POL# 60067440 | 2690-000 | | 985.00 | 4,723.34 |
| 10/05/07 | 1 | MITCHELL K. SCHMIEDING MARJORIE BRANSFIELD | 10/07 RENT | 1130-000 | 2,400.00 | | 7,123.34 |

Page Subtotals     12,931.89     5,808.55

Ver: 14.31a

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-13852 -PSH |
| Case Name: | THALIA, LLC |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 07/01/09 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208023  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/09/07 | 4 | NATIONAL BANK OF COMMERCE | WIRE TRANSFER-REFUND SEC DEP | 1180-000 | 4,600.00 | | 11,723.34 |
| 10/09/07 | 000104 | SHAW GUSSIS FISHMAN WOLFSON & TOBIN LLC<br>321 N. CLARK<br>SUITE 800<br>CHICAGO, IL 60610 | SPECIAL COUNSEL RETAINER PER 9/13/07 O/C | 3210-000 | | 10,000.00 | 1,723.34 |
| 10/17/07 | 1 | ASHLEY A. KABAT | 10/07 RENT | 1130-000 | 1,050.00 | | 2,773.34 |
| 10/17/07 | 1 | HAMEEDA S. SHAIKH | 10/07 RENT | 1130-000 | 1,050.00 | | 3,823.34 |
| 10/22/07 | 1 | OTTO J. ROESER<br>1221 W. 18TH ST<br>UNIT C<br>CHICAGO, IL 60608 | 10/07 RENT | 1130-000 | 2,400.00 | | 6,223.34 |
| 10/31/07 | 1 | OTTO J. ROESER | 11/07 RENT | 1130-000 | 2,400.00 | | 8,623.34 |
| 10/31/07 | 3 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 5.15 | | 8,628.49 |
| 11/06/07 | 1 | HAMEEDA S. SHAIKH | 10/07 RENT | 1130-000 | 1,050.00 | | 9,678.49 |
| 11/06/07 | 1 | ASHLEY A. KABAT | 10/07 RENT | 1130-000 | 1,050.00 | | 10,728.49 |
| 11/30/07 | 3 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 5.06 | | 10,733.55 |
| 12/31/07 | 3 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 5.13 | | 10,738.68 |
| 01/31/08 | 3 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 4.25 | | 10,742.93 |
| 02/04/08 | 5 | CLERK - CIRCUIT COURT OF COOK COUNTY REAL ESTATE ESC SURPLUS FUND ACCT. | 06 CH 27845 - SURPLUS FUNDS | | 747,299.80 | | 758,042.73 |
| | | CLERK - CIRCUIT COURT OF COOK COUNT | Memo Amount:       3,125,000.00<br>06 CH 27845 - RE SALE | 1149-000 | | | |
| | | NATIONAL COMMERCE BANK | Memo Amount:    ( 2,378,457.38 )<br>SECURED CREDITOR PMT | 4110-000 | | | |
| | | SELLING OFFICER | Memo Amount:       ( 300.00 )<br>COMMISSIION | 3991-000 | | | |
| | | INTEREST | Memo Amount:       1,057.18<br>INTEREST INCOME | 1270-000 | | | |

| | | | Page Subtotals | | 760,919.39 | 10,000.00 | |

Ver: 14.31a

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-13852  -PSH | |
| Case Name: | THALIA, LLC | |
| | | |
| Taxpayer ID No: | *******4775 | |
| For Period Ending: | 07/01/09 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208023  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/08 | 3 | BANK OF AMERICA | Interest Rate  2.250 | 1270-000 | 201.83 | | 758,244.56 |
| 03/04/08 | 000105 | NATIONAL BANK OF COMMERCE | PER 2/28/08 O/C | 4110-000 | | 11,294.55 | 746,950.01 |
| | | C/O RICHARD H. FIMHOFF | | | | | |
| | | 25 E. WASHINGTON | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| 03/27/08 | 000106 | INTERNATIONAL SURETIES, LTD. | BOND# 016026455 | 2300-000 | | 13.76 | 746,936.25 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/31/08 | 3 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 1,217.53 | | 748,153.78 |
| 04/30/08 | 3 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 919.86 | | 749,073.64 |
| 05/12/08 | 000107 | SHAW GUSSIS FISHMAN WOLFSON | SPECIAL COUNSEL RETAINER | | | 32,147.84 | 716,925.80 |
| | | 321 N. CLARK | PER 5/8/08 O/C | | | | |
| | | SUITE 800 | | | | | |
| | | CHICAGO, IL 60610 | | | | | |
| | | | Fees            31,900.00 | 3210-000 | | | 716,925.80 |
| | | | Expenses         247.84 | 3220-000 | | | 716,925.80 |
| 05/30/08 | 3 | BANK OF AMERICA | Interest Rate  1.250 | 1270-000 | 773.31 | | 717,699.11 |
| 06/30/08 | 3 | BANK OF AMERICA | Interest Rate  1.250 | 1270-000 | 735.35 | | 718,434.46 |
| 07/31/08 | 3 | Bank of America, N.A. | Interest Rate  1.250 | 1270-000 | 760.64 | | 719,195.10 |
| 08/29/08 | 3 | Bank of America, N.A. | Interest Rate  1.250 | 1270-000 | 761.44 | | 719,956.54 |
| 09/17/08 | | Transfer to Acct #4429208324 | TRANSFER TO WRITE CHECKS | 9999-000 | | 178,070.86 | 541,885.68 |
| 09/30/08 | 3 | Bank of America, N.A. | Interest Rate  1.500 | 1270-000 | 748.60 | | 542,634.28 |
| 10/14/08 | 000108 | ILLINOIS DEPARTMENT OF REVENUE | 2007 IL 1120-ST | 2820-000 | | 3,113.00 | 539,521.28 |
| | | P.O. BOX 19032 | FEIN: 20-1674775 | | | | |
| | | SPRINGFIELD, IL 62794-9032 | | | | | |
| 10/22/08 | 6 | PEOPLES GAS | REFUND OF DEPOSIT | 1121-000 | 6,613.17 | | 546,134.45 |
| 10/22/08 | 6 | CITY OF CHICAGO - DEPT OF FINANCE | REFUND | 1121-000 | 5,887.44 | | 552,021.89 |
| | | 33 NORTH LASALLE STREET | | | | | |

|  | Page Subtotals | 18,619.17 | 224,640.01 |
|---|---|---|---|

Ver: 14.31a

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-13852 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | THALIA, LLC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208023  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4775 | | |
| For Period Ending: | 07/01/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 700 | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| 10/31/08 | 3 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 422.79 | | 552,444.68 |
| 11/28/08 | 3 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 233.95 | | 552,678.63 |
| 12/12/08 | | Transfer from Acct #4429208146 | Transfer In From MMA Account | 9999-000 | 4,986.29 | | 557,664.92 |
| 12/30/08 | | Transfer to Acct #4429208324 | TRANSFER TO WRITE CHECKS | 9999-000 | | 219,785.65 | 337,879.27 |
| 12/31/08 | 3 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 134.81 | | 338,014.08 |
| 01/14/09 | | Transfer to Acct #4429208324 | TRANSFER TO WRITE CHECKS | 9999-000 | | 16,795.06 | 321,219.02 |
| 01/30/09 | 3 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 8.37 | | 321,227.39 |
| 02/09/09 | | Transfer to Acct #4429208324 | Bank Funds Transfer | 9999-000 | | 298.35 | 320,929.04 |
| 02/27/09 | 3 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 7.39 | | 320,936.43 |
| 03/31/09 | 3 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 8.18 | | 320,944.61 |
| 04/01/09 | 000109 | ILLINOIS DEPT OF REVENUE | IL FORM IL-1065  Y/E 12/31/08 | 2810-000 | | 292.00 | 320,652.61 |
| | | 100 W. RANDOLPH ST | | | | | |
| | | LEVEL 7-425 | | | | | |
| | | CHICAGO IL | | | | | |
| 04/30/09 | 3 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 18.45 | | 320,671.06 |
| 05/29/09 | 3 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.05 | | 320,690.11 |
| 06/30/09 | 3 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 18.46 | | 320,708.57 |

Page Subtotals          5,857.74          237,171.06

Ver: 14.31a

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 8)*

Page:   5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 07-13852 -PSH | |
| Case Name: | THALIA, LLC | |
| | | |
| Taxpayer ID No: | *******4775 | |
| For Period Ending: | 07/01/09 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208023  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 3,126,057.18 | COLUMN TOTALS | | 798,328.19 | 477,619.62 | 320,708.57 |
| | | Memo Allocation Disbursements: | 2,378,757.38 | Less:  Bank Transfers/CD's | | 4,986.29 | 414,949.92 | |
| | | | | Subtotal | | 793,341.90 | 62,669.70 | |
| | | Memo Allocation Net: | 747,299.80 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 793,341.90 | 62,669.70 | |

Page Subtotals          0.00          0.00

Ver: 14.31a

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 9)*

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-13852 -PSH | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Case Name: | THALIA, LLC | | | Bank Name: | Bank of America, N.A. | |
| | | | | Account Number / CD #: | 4429208146  Security Deposit-Money Market | |
| Taxpayer ID No: | *******4775 | | | | | |
| For Period Ending: | 07/01/09 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/07 | 4 | NATIONAL BANK OF COMMERCE | CLOSE OF SECURITY DEP ACCT | 1180-000 | 7,303.42 | | 7,303.42 |
| 10/30/07 | 000101 | JASON MACLEAN | REFUND OF SECURITY DEPOSIT | 8500-000 | | 2,333.60 | 4,969.82 |
| | | 5639 S. KENWOOD AVE | | | | | |
| | | APT#2B | | | | | |
| | | CHICAGO, IL 60637 | | | | | |
| 10/31/07 | 3 | BANK OF AMERICA | Interest Rate  0.750 | 1180-000 | 1.35 | | 4,971.17 |
| 11/30/07 | 3 | BANK OF AMERICA | Interest Rate  0.650 | 1180-000 | 3.24 | | 4,974.41 |
| 12/31/07 | 3 | BANK OF AMERICA | Interest Rate  0.500 | 1180-000 | 2.38 | | 4,976.79 |
| 01/31/08 | 3 | BANK OF AMERICA | Interest Rate  0.400 | 1180-000 | 1.97 | | 4,978.76 |
| 02/29/08 | 3 | BANK OF AMERICA | Interest Rate  0.300 | 1180-000 | 1.18 | | 4,979.94 |
| 03/31/08 | 3 | BANK OF AMERICA | Interest Rate  0.250 | 1180-000 | 1.18 | | 4,981.12 |
| 04/30/08 | 3 | BANK OF AMERICA | Interest Rate  0.250 | 1180-000 | 1.02 | | 4,982.14 |
| 05/30/08 | 3 | BANK OF AMERICA | Interest Rate  0.150 | 1180-000 | 0.63 | | 4,982.77 |
| 06/30/08 | 3 | BANK OF AMERICA | Interest Rate  0.150 | 1180-000 | 0.61 | | 4,983.38 |
| 07/31/08 | 3 | Bank of America, N.A. | Interest Rate  0.150 | 1180-000 | 0.63 | | 4,984.01 |
| 08/29/08 | 3 | Bank of America, N.A. | Interest Rate  0.150 | 1180-000 | 0.63 | | 4,984.64 |
| 09/30/08 | 3 | Bank of America, N.A. | Interest Rate  0.150 | 1180-000 | 0.61 | | 4,985.25 |
| 10/31/08 | 3 | Bank of America, N.A. | Interest Rate  0.100 | 1180-000 | 0.48 | | 4,985.73 |
| 11/28/08 | 3 | Bank of America, N.A. | Interest Rate  0.100 | 1180-000 | 0.40 | | 4,986.13 |
| 12/12/08 | 3 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 4,986.29 |
| 12/12/08 | | Transfer to Acct #4429208023 | Final Posting Transfer | 9999-000 | | 4,986.29 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 7,319.89 | 7,319.89 |

Ver: 14.31a

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 10)*

FORM 2    Page: 7

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-13852 -PSH | |
| Case Name: | THALIA, LLC | |
| | | |
| Taxpayer ID No: | *******4775 | |
| For Period Ending: | 07/01/09 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208146  Security Deposit-Money Market |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 7,319.89 | 7,319.89 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 4,986.29 | |
| | | | | Subtotal | | 7,319.89 | 2,333.60 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 7,319.89 | 2,333.60 | |

Page Subtotals          0.00          0.00

Ver: 14.31a

FORM 2

Page: 8

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-13852 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | THALIA, LLC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208324 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 07/01/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/08 | | Transfer from Acct #4429208023 | TRANSFER TO WRITE CHECKS | 9999-000 | 178,070.86 | | 178,070.86 |
| 09/17/08 | 001001 | Giuseppe Burlando & Katrina Walker 2133 W. Huron Chicago, IL 60612 | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 44,190.00 | 133,880.86 |
| 09/17/08 | 001002 | Dominick Geraci Law Offices of Burton A Brown 205 West Wacker Drive Suite 922 Chicago, IL 60606 | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 23,981.41 | 109,899.45 |
| 09/17/08 | 001003 | New Heritage Realty President - Dominick Geraci Law Offices of Burton A. Brown 205 West Wacker Drive Suite 922 Chicago, Illinois 60606 | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 10,487.79 | 99,411.66 |
| 09/17/08 | 001004 | Southwest Construction Group, Inc. President Dominick Geraci mail to: Law Offices of Burton A. Brown 205 West Wacker Drive Suite 922 Chicago, Illinois 60606 | INTERIM DIST - 90% ALLOWED CLAIM PER STIPULATION PER 8/29/08 SUMMARY | 7100-000 | | 27,244.69 | 72,166.97 |
| 09/17/08 | 001005 | Sam D Macaluso & Associates 1018 E 31st Street LaGrange Park, IL 60526 | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 2,047.50 | 70,119.47 |
| 09/17/08 | 001006 | Law Office of George N Reveliotis 30 N Michigan Ave #1619 Chicago, IL 60602 | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 2,992.50 | 67,126.97 |
| 09/17/08 | 001007 | Sorrento, Inc. President - Dominick Geraci Law Offices of Burton A. Brown | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 12,050.57 | 55,076.40 |

| | Page Subtotals | 178,070.86 | 122,994.46 |

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 12)*

Ver: 14.31a

FORM 2                                                                                          Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit B

| | | |
|---|---|---|
| Case No: | 07-13852 -PSH | |
| Case Name: | THALIA, LLC | |
| | | |
| Taxpayer ID No: | *******4775 | |
| For Period Ending: | 07/01/09 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208324 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/17/08 | 001008 | 205 West Wacker Drive, Suite 922<br>Chicago, Illinois 60606<br>Urban Services Enterprises, LLC<br>President- Dominick Geraci | INTERIM DIST - 90% ALLOWED CLAIM<br>PER 8/29/08 SUMMARY | 7100-000 | | 7,848.90 | 47,227.50 |
| 09/17/08 | 001009 | Law Offices of Burton A. Brown<br>205 West Wacker Drive, Suite 922<br>Chicago, Illinois 60606<br>Milan Mladenovic<br>Milan Electric | INTERIM DIST - 90% ALLOWED CLAIM<br>PER 8/29/08 SUMMARY | 7100-000 | | 4,050.00 | 43,177.50 |
| 09/17/08 | 001010 | 5645 N Courtland Ave<br>Chicago, IL 60631<br>Amerimex Construction<br>DBA Amerimex Concrete | INTERIM DIST - 90% ALLOWED CLAIM<br>PER 8/29/08 SUMMARY | 7100-000 | | 2,677.50 | 40,500.00 |
| 09/17/08 | 001011 | 2659 W 98th St<br>Evergreen Park, IL 60805<br>Philip S Krone<br>180 N Lasalle St #3000<br>Chicago, IL 60601 | INTERIM DIST - 90% ALLOWED CLAIM<br>PER 8/29/08 SUMMARY | 7100-000 | | 40,500.00 | 0.00 |
| 12/30/08 | | Transfer from Acct #4429208023 | TRANSFER TO WRITE CHECKS | 9999-000 | 219,785.65 | | 219,785.65 |
| 12/30/08 | 001012 | GUISEPPE BURLANDO | PRINCIPAL PAYMENT<br>PER NOTICE | 8200-002 | | 100,000.00 | 119,785.65 |
| 12/30/08 | 001013 | DOMINICK GERACI | PRINCIPAL PAYMENT<br>PER NOTICE | 8200-002 | | 100,000.00 | 19,785.65 |
| 12/30/08 | 001014 | Giuseppe Burlando & Katrina Walker<br>2133 W. Huron<br>Chicago, IL 60612 | FINAL CLAIM DIST | 7100-000 | | 4,910.00 | 14,875.65 |
| 12/30/08 | 001015 | Dominick Geraci<br>Law Offices of Burton A Brown<br>205 West Wacker Drive Suite 922<br>Chicago, IL 60606 | FINAL CLAIM DIST | 7100-000 | | 2,664.60 | 12,211.05 |

|  |  |  |
|---|---|---|
| Page Subtotals | 219,785.65 | 262,651.00 |

Ver: 14.31a

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 13)*

FORM 2

Page: 10

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-13852 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | THALIA, LLC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208324 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 07/01/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/08 | 001016 | New Heritage Realty<br>President - Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive<br>Suite 922<br>Chicago, Illinois 60606 | FINAL CLAIM DIST | 7100-000 | | 1,165.31 | 11,045.74 |
| 12/30/08 | 001017 | Southwest Construction Group, Inc.<br>President Dominick Geraci<br>mail to:<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive Suite 922<br>Chicago, Illinois 60606 | FINAL CLAIM DIST | 7100-000 | | 3,027.19 | 8,018.55 |
| 12/30/08 | 001018 | Sam D Macaluso & Associates<br>1018 E 31st Street<br>LaGrange Park, IL 60526 | FINAL CLAIM DIST | 7100-000 | | 227.50 | 7,791.05 |
| 12/30/08 | 001019 | Law Office of George N Reveliotis<br>30 N Michigan Ave #1619<br>Chicago, IL 60602 | FINAL CLAIM DIST | 7100-000 | | 332.50 | 7,458.55 |
| 12/30/08 | 001020 | Sorrento, Inc.<br>President - Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive, Suite 922<br>Chicago, Illinois 60606 | FINAL CLAIM DIST | 7100-000 | | 1,338.95 | 6,119.60 |
| 12/30/08 | 001021 | Urban Services Enterprises, LLC<br>President- Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive, Suite 922<br>Chicago, Illinois 60606 | FINAL CLAIM DIST | 7100-000 | | 872.10 | 5,247.50 |
| 12/30/08 | 001022 | Milan Mladenovic<br>Milan Electric | FINAL CLAIM DIST | 7100-000 | | 450.00 | 4,797.50 |

| | | | Page Subtotals | | 0.00 | 7,413.55 | |

Ver: 14.31a

FORM 2                                                                              Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                   Exhibit B

| | |
|---|---|
| Case No: | 07-13852  -PSH |
| Case Name: | THALIA, LLC |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 07/01/09 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208324  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/08 | 001023 | 5645 N Courtland Ave<br>Chicago, IL 60631<br>Amerimex Construction<br>DBA Amerimex Concrete<br>2659 W 98th St<br>Evergreen Park, IL 60805 | FINAL CLAIM DIST | 7100-000 | | 297.50 | 4,500.00 |
| * 12/30/08 | 001024 | Philip S Krone<br>180 N Lasalle St #3000<br>Chicago, IL 60601 | FINAL CLAIM DIST | 7100-004 | | 4,500.00 | 0.00 |
| 01/14/09 | | Transfer from Acct #4429208023 | TRANSFER TO WRITE CHECKS | 9999-000 | 16,795.06 | | 16,795.06 |
| 01/14/09 | 001025 | SHAW GUSSIS FISHMAN WOLFSON & TOBIN LLC<br>321 N. CLARK<br>SUITE 800<br>CHICAGO, IL 60610 | PER 1/8/09 O/C<br>2ND INTERIM APP FOR FEES & COSTS | | | 16,795.06 | 0.00 |
| | | | Fees            16,633.00 | 3210-000 | | | 0.00 |
| | | | Expenses          162.06 | 3220-000 | | | 0.00 |
| 02/09/09 | | Transfer from Acct #4429208023 | Bank Funds Transfer | 9999-000 | 298.35 | | 298.35 |
| 02/09/09 | 001026 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>BOND # 016026455 | 2300-000 | | 298.35 | 0.00 |
| * 02/20/09 | 001024 | Philip S Krone<br>180 N Lasalle St #3000<br>Chicago, IL 60601 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -4,500.00 | 4,500.00 |
| 02/20/09 | 001027 | PHILIP KRONE<br>1610 LENOX AVE.<br>APT #201<br>MIAMI BEACH, FL  33139 | REPLACES DIST CK #1024 | 7100-000 | | 4,500.00 | 0.00 |

|  | | |
|---|---|---|
| Page Subtotals | 17,093.41 | 21,890.91 |

Ver: 14.31a

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 15)*

FORM 2

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-13852  -PSH |
| Case Name: | THALIA, LLC |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 07/01/09 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208324  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 414,949.92 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 414,949.92 |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 |
| | | Less:  Payments to Debtors | |
| | | Net | 0.00 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| Memo Allocation Receipts: 0.00 | COLUMN TOTALS | 414,949.92 | 414,949.92 | 0.00 |
| Memo Allocation Disbursements: 0.00 | Less:  Bank Transfers/CD's | 414,949.92 | 0.00 | |
| Memo Allocation Net: 0.00 | Subtotal | 0.00 | 414,949.92 | |
| | Less:  Payments to Debtors | | 200,000.00 | |
| | Net | 0.00 | 214,949.92 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 3,126,057.18 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 2,378,757.38 | Money Market - Interest Bearing - 4429208023 | 793,341.90 | 62,669.70 | 320,708.57 |
| Total Memo Allocation Net: | 747,299.80 | Security Deposit-Money Market - 4429208146 | 7,319.89 | 2,333.60 | 0.00 |
| | | Checking Account (Non-Interest Earn - 4429208324 | 0.00 | 214,949.92 | 0.00 |
| | | | 800,661.79 | 279,953.22 | 320,708.57 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                 0.00                 0.00

Ver: 14.31a

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 16)*

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 07-13852 | | Page 1 | | | Date: July 01, 2009 |
| Debtor Name: | THALIA, LLC | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 025 3210-00 | SHAW GUSSIS FISHMAN WOLFSON & TOBIN LLC 321 N. CLARK SUITE 800 CHICAGO, IL 60610 Tax Id: 36-3844420 | Administrative | | $0.00 | $58,891.32 | $58,891.32 |
| 001 3410-00 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL 60601 | Administrative | | $0.00 | $8,355.00 | $8,355.00 |
| 050 4110-00 | NATIONAL BANK OF COMMERCE C/O RICHARD H. FIMHOFF 25 E. WASHINGTON CHICAGO, IL 60602 | Secured | PER 2/28/08 O/C | $0.00 | $11,294.55 | $11,294.55 |
| 000001 070 7100-00 | United Fire Group PO Box 73909 Cedar Rapids, IA 52407 | Unsecured | Filed 10/26/07 CLAIM WITHDRAWN 3/25/08 | $0.00 | $3,240.77 | $0.00 |
| 000002 070 7100-00 | Giuseppe Burlando & Katrina Walker 2133 W. Huron Chicago, IL 60612 | Unsecured | Filed 10/31/07 | $0.00 | $49,100.00 | $49,100.00 |
| 000003 070 7100-00 | Dominick Geraci Law Offices of Burton A Brown 205 West Wacker Drive Suite 922 Chicago, IL 60606 | Unsecured | Filed 11/15/07 (3-1) Modified to correct creditor"s address (Modified on 11/16/2007) | $0.00 | $26,646.01 | $26,646.01 |
| 000004 070 7100-00 | New Heritage Realty President - Dominick Geraci Law Offices of Burton A. Brown 205 West Wacker Drive Suite 922 Chicago, Illinois 60606 | Unsecured | Filed 11/15/07 WAITING FOR STIPULATION TO BE FILED | $0.00 | $11,653.10 | $11,653.10 |
| 000005 070 7100-00 | Southwest Construction Group, Inc. President Dominick Geraci mail to: Law Offices of Burton A. Brown 205 West Wacker Drive Suite 922 Chicago, Illinois 60606 | Unsecured | Filed 11/15/07 STIPULATION FILED 9/10/08 | $0.00 | $32,074.30 | $30,271.88 |
| 000006 070 7100-00 | Sam D Macaluso & Associates 1018 E 31st Street LaGrange Park, IL 60526 | Unsecured | Filed 12/28/07 | $0.00 | $2,275.00 | $2,275.00 |
| 000007 070 7100-00 | Law Office of George N Reveliotis 30 N Michigan Ave #1619 Chicago, IL 60602 | Unsecured | Filed 01/18/08 | $0.00 | $3,325.00 | $3,325.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-13852 | | Page 2 | | | Date: July 01, 2009 |
|---|---|---|---|---|---|---|
| Debtor Name: | THALIA, LLC | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Sorrento, Inc. President - Dominick Geraci Law Offices of Burton A. Brown 205 West Wacker Drive, Suite 922 Chicago, Illinois 60606 | Unsecured | Filed 01/23/08 | $0.00 | $13,389.52 | $13,389.52 |
| 000009 070 7100-00 | Urban Services Enterprises, LLC President- Dominick Geraci Law Offices of Burton A. Brown 205 West Wacker Drive, Suite 922 Chicago, Illinois 60606 | Unsecured | Filed 01/23/08 | $0.00 | $8,721.00 | $8,721.00 |
| 000010 070 7100-00 | Milan Mladenovic Milan Electric 5645 N Courtland Ave Chicago, IL 60631 | Unsecured | Filed 01/28/08 | $0.00 | $4,500.00 | $4,500.00 |
| 000011 070 7100-00 | Amerimex Construction DBA Amerimex Concrete 2659 W 98th St Evergreen Park, IL 60805 | Unsecured | Filed 02/21/08 | $0.00 | $2,975.00 | $2,975.00 |
| 000012 070 7100-00 | Philip S Krone 180 N Lasalle St #3000 Chicago, IL 60601 | Unsecured | Filed 02/26/08 | $0.00 | $45,000.00 | $45,000.00 |
| 999 8200-00 | THALIA, LLC 2133 W. HURON CHICAGO, IL 60612-1305 | Unsecured | | $0.00 | $0.00 | $175,142.24 |
| | Case Totals: | | | $0.00 | $281,440.57 | $451,539.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-13852
Case Name: THALIA, LLC
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: *ANDREW J. MAXWELL, TRUSTEE* | $_____ | $_____ |
| Attorney for trustee: *SHAW GUSSIS FISHMAN WOLFSON & TOBIN LLC* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: POPOWCER KATTEN, LTD.* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

UST Form 101-7-TFR (4/1/2009) *(Page: 19)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000002* | *Giuseppe Burlando & Katrina Walker* | $ | $ |
| *000003* | *Dominick Geraci* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | New Heritage Realty | $ | $ |
| 000005 | Southwest Construction Group, Inc. | $ | $ |
| 000006 | Sam D Macaluso & Associates | $ | $ |
| 000007 | Law Office of George N Reveliotis | $ | $ |
| 000008 | Sorrento, Inc. | $ | $ |
| 000009 | Urban Services Enterprises, LLC | $ | $ |
| 000010 | Milan Mladenovic | $ | $ |
| 000011 | Amerimex Construction | $ | $ |
| 000012 | Philip S Krone | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is
$                    .