**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>THALIA, LLC,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 07-13852<br><br>Hon. Pamela S. Hollis<br><br>Hearing Date:<br>Hearing Time: |

**THIRD AND FINAL APPLICATION OF**
**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC, AS SPECIAL**
**COUNSEL FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (collectively, "Shaw Gussis"), special counsel for Andrew J. Maxwell, not personally, but as chapter 7 trustee (the "Trustee") for the estate of Thalia, LLC (the "Debtor"), pursuant to Sections 330(a) and 331 of title 11, Unites States Code (the "Bankruptcy Code"), FED. R. BANKR. P. 2002(a)(6), 2016(a), and Local Bankruptcy Rule 5082-1, respectfully presents its Third and Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Third Application") for the period of November 1, 2008 through July 31, 2009 (the "Application Period") for: (i) the final allowance of $9,802.50 in compensation for 28.80 hours of professional services during the Application Period, and the reimbursement of $145.92 for actual costs incurred incident to those services, and (ii) the final allowance of all fees and expenses previously allowed by the Court on an interim basis. In support thereof, Shaw Gussis states as follows:

**Background**

1.　　On August 1, 2007 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under chapter 7 of the Bankruptcy Code, thereby commencing the above-

{6253 APPL A0235079.DOC}

Case"). Shortly thereafter, Andrew J. Maxwell was duly appointed the chapter 7 trustee of the Debtor's estate.

2. On September 13, 2007, this Court entered the Order Authorizing the Trustee to Employ Shaw Gussis Fishman Glantz Wolfson & Towbin LLC as Special Counsel to the Trustee (the "Retention Order") for the purpose of assisting the Trustee in the sale of real property located at 1215-1225 W. 18th Street in Chicago, Illinois. Pursuant to the Retention Order, Shaw Gussis received a $10,000 retainer from the Trustee.

3. On April 17, 2008, this Court entered the Order Granting the Trustee's Motion to Expand the Scope of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC as Special Counsel to the Trustee (the "Expansion Order"), expanding the scope of Shaw Gussis' services to include assisting the Trustee in his claims analysis and the sale of miscellaneous personal property.

## Jurisdiction

4. This Court has jurisdiction over the Case pursuant to Sections 157(b)(2)(A) and (O) and 1334 of title 28, United States Code. This is a core proceeding pursuant to Section 157(b)(2)(A) of title 28, United States Code. Venue is proper pursuant to Sections 1408 and 1409 of title 28, United States Code.

## Narrative Summary

5. This narrative summary describes the legal services provided by Shaw Gussis to the Trustee (the "Services") and the disbursements and cash advances made by Shaw Gussis for and on behalf of the Trustee (the "Expenses") during the Application Period.

6. As special legal counsel to the Trustee, Shaw Gussis's Services included: assisting the Trustee to provide a second interim distribution to unsecured creditors and the principals of the Debtor, preparing, filing and attending a hearing on Shaw Gussis's second

**Services Rendered by Shaw Gussis**

7. The following is a description, by category, of the Services and the amount of compensation sought in connection with each separate category:

  A. <u>Case Administration</u>. During the Application Period, professionals at Shaw Gussis: (i) prepared a notice of a second interim distribution to unsecured creditors and to the principals of the Debtor; (ii) assisted the Trustee in analyzing the Motion for Unequal Distribution filed by Dominick Geraci and attended hearings on the same; and (iii) assisted the Trustee in the preparation of final distributions and closing the Debtor's estate. Shaw Gussis seeks the sum of $5,461.00 for the Services rendered in this category.

  B. <u>Fee Applications</u>. During the Application Period, professionals at Shaw Gussis (i) prepared, filed and presented before the Court its second interim application for the payment of its fees and expenses from March 1, 2008 through October 31, 2008 and (ii) prepared this Third Application. Shaw Gussis seeks the sum of $2,739.50 for the Services rendered in this category.

  C. <u>Sale of Assets</u>. During the Application Period, professionals at Shaw Gussis: (i) assisted the Trustee to sell personal property of the Estate; (ii) conferred with equipment liquidators about the purchase of the personal property; (iii) prepared, filed and attending a hearing on the Trustee's Motion to Sell Personal Property; and (iv) communicated with counsel for the purchaser to finalize the sale. Shaw Gussis seeks the sum of $602.00 for the Services rendered in this category.

D. <u>Estimated Fees</u>. Included in the total fees and expenses requested herein, are estimated fees and expenses in the amount of $1,000.00 anticipated to be incurred for the period July 1, 2009 through July 31, 2009 (the "<u>Estimated Fees</u>"). The Estimated Fees contemplate the time and expenses related to, among other things: (i) the preparation and presentment of this Third Application, and (ii) assisting the Trustee with the final distribution and the winding up of the Debtor. To the extent that the Estimated Fees are not fully incurred, Shaw Gussis shall refund any excess to the Trustee.

8. The Services have required a total of 28.8 hours on the part of Shaw Gussis, all as more fully set forth in <u>Exhibit A</u> attached to and made a part of this Third Application. <u>Exhibit A</u> provides a detailed description of the Shaw Gussis professional or paraprofessional who performed work, the amount of time spent, and the total compensation sought for each separate task and activity. At all times, the Services have been provided at the direction of the Trustee to facilitate his goal of maximizing the value of the Debtor's assets.

9. Based upon the customary and reasonable rates charged by Shaw Gussis for services in cases under the Bankruptcy Code and for services other than services rendered in cases under the Bankruptcy Code, the fair and reasonable value of the Services is not less than $10,277.50. However, as reflected throughout <u>Exhibit A</u>, Shaw Gussis has taken a minor, voluntary reduction of $475.00, and therefore seeks compensation of $9,802.50 through this request (the "<u>Third Compensation Request</u>").

10. The Trustee has reviewed the Third Application and supports approval of the Third Compensation Request. Shaw Gussis submits that the Third Compensation Request is reasonable and requests the entry of an order authorizing compensation for the Services as set forth herein.

**Summary of Services Rendered By Professionals**

11.  The hourly rates charged by Shaw Gussis's bankruptcy professionals and paraprofessionals who worked on the Case, whose time is part of the Services, and whose rates vary based on experience and expertise, are as follows:

| **Member** | **Rate** | **Total Hours** | **Total Compensation** |
|---|---|---|---|
| Ira Bodenstein | $450.00 | 3.3 | $ 1,485.00 |
| Ira Bodenstein | $465.00 | 7.3 | $ 3,394.50 |

| **Associate** | **Rate** | **Total Hours** | **Total Compensation** |
|---|---|---|---|
| Vipin R. Gandra | $230.00 | 7.6 | $ 1,748.00 |
| Vipin R. Gandra | $250.00 | 10.6 | $ 2,650.00 |

12.  The hourly rates charged by Shaw Gussis with respect to the Debtor's Case compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Gussis professionals providing services to the Trustee in connection with this Case. Further, the amount of time spent by Shaw Gussis with respect to the Case is reasonable given the difficulty of the issues presented, the time contracts imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel and the ultimate benefit to the estate.

**Expenses**

13.  In addition to rendering the Services as set forth above, Shaw Gussis incurred Expenses in the aggregate sum of $145.92 (the "Third Expense Reimbursement Request"), all of which Expenses are detailed in Exhibit A. The Expenses consist of in-house photocopying and local travel reimbursement expenses. The Trustee has reviewed the Third Application and supports approval of the Third Expense Reimbursement Request. All of the Expenses were reasonable in amount and were properly made, and Shaw Gussis respectfully requests that an order be entered authorizing reimbursement of the Expenses.

14. As additional overview for the Court, Shaw Gussis provides the following information with respect to the methods it uses to record and charge various types of expenses, as follows:

    A. <u>Photocopying</u>. Photocopying charges are recorded on a register located next to the photocopying machine. The person wishing to make copies enters the client number to which the job should be charged. The data from the register is entered into the Shaw Gussis billing system by client number on a weekly basis. Shaw Gussis seeks reimbursement for internal photocopying charges at the rate of $.10 per page.

    B. <u>Electronic Research Charges (PACER)</u>. Shaw Gussis uses PACER to monitor docket activity and obtain documents filed with the Court without the necessity of a trip to the courthouse. Shaw Gussis makes no profit on PACER expenses.

**Payments Received By Shaw Gussis To Date**

15. Shaw Gussis previously sought the approval of $31,900.00 in compensation (the "<u>First Compensation Request</u>") and $247.84 in expenses (the "<u>First Expense Reimbursement Request</u>") for the period from August 22, 2007 to February 28, 2008 through the First Interim Application of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, as Special Counsel for the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses (the "<u>First Application</u>"). On May 8, 2008, the Court granted the First Application and approved the First Compensation Request and the First Expense Reimbursement Request (the "<u>First Award</u>"). [Dkt. No. 66].

16. Shaw Gussis also sought the approval of $16,633.00 in compensation (the "<u>Second Compensation Request</u>") and $162.06 in expenses (the "<u>Second Expense Reimbursement Request</u>") for the period of March 1, 2008 to October 31, 2008 through the

Second Application"). On January 8, 2009, the Court granted the Second Application and approved the Second Compensation Request and the Second Expense Reimbursement Request (the "Second Award"). [Dkt. No. 89].

17. Shaw Gussis is holding a prepetition retainer in the amount of $10,000.00 (the "Retainer"). Shaw Gussis is holding the Retainer and intends to apply it to all amounts due upon final approval of this Third Application.

**Compliance with 11 U.S.C. § 504**

18. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Gussis and any other firm, person or entity for the sharing of division of any compensation paid or payable to Shaw Gussis.

**WHEREFORE,** Shaw Gussis requests that an order be entered respecting the Third Application:

A. Granting allowance of the Third Compensation Request respecting the Services in the amount of $9,802.50 (the "Third Allowed Compensation") and reimbursement of the Third Expense Reimbursement Request in the amount of $145.92 (the "Third Allowed Expenses," and together with the Third Allowed Compensation, the "Third Award");

B. Authorizing and directing Shaw Gussis to apply the Retainer to the amount due from the Third Award;

C. Allowing, as final, the First Award and the Second Award; and

D. Granting such other and further relief as the Court shall deem just and proper.

                      Respectfully submitted,

                      Shaw Gussis Fishman Glantz
                        Wolfson & Towbin LLC

                      By: /s/ Vipin R. Gandra
                          One of Its Attorneys

Ira Bodenstein (#3126857)
Vipin R. Gandra (#6289540)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 541-0151
Fax: (312) 980-3888
*Special Counsel for the Trustee*

{6253 APPL A0235079.DOC}