# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  § Case No. 07-13852
THALIA, LLC  §
  §
  Debtors  §
  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 3,179,419.17 |
| *and approved disbursements of* | $ | 2,858,710.60 |
| *leaving a balance of* | $ | 320,708.57 |

Claims of secured creditors will be paid as follows:

*Claimant*                                           *Proposed Payment*
_____   $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 113,347.16 | $ 129.36 |
| Attorney for trustee: SHAW GUSSIS FISHMAN WOLFSON & TOBIN LLC | $ 9,948.42 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: POPOWCER KATTEN, LTD. | $ 8,355.00 | $ 0.00 |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 197,856.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 107.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Giuseppe Burlando & Katrina Walker | $ 49,100.00 | $ 3,421.23 |
| 000003 | Dominick Geraci | $ 26,646.01 | $ 1,856.66 |
| 000004 | New Heritage Realty | $ 11,653.10 | $ 811.98 |
| 000005 | Southwest Construction Group, Inc. | $ 30,271.88 | $ 2,109.30 |
| 000006 | Sam D Macaluso & Associates | $ 2,275.00 | $ 158.52 |
| 000007 | Law Office of George N Reveliotis | $ 3,325.00 | $ 231.68 |
| 000008 | Sorrento, Inc. | $ 13,389.52 | $ 932.96 |
| 000009 | Urban Services Enterprises, LLC | $ 8,721.00 | $ 607.66 |
| 000010 | Milan Mladenovic | $ 4,500.00 | $ 313.56 |
| 000011 | Amerimex Construction | $ 2,975.00 | $ 207.29 |
| 000012 | Philip S Krone | $ 45,000.00 | $ 3,135.55 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 175,142.24 .

  The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  10:30 AM  on  09/17/2009  in Courtroom  644 ,
        United States Courthouse
      219 S. Dearborn
      Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/17/2009    By:/s/ANDREW J. MAXWELL, TRUSTEE
            Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams, SUITE 3200, CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kseldon               Page 1 of 1                   Date Rcvd: Aug 18, 2009
Case: 07-13852                Form ID: pdf006             Total Noticed: 25
```

The following entities were noticed by first class mail on Aug 20, 2009.
```
db              Thalia, LLC,   2133 W. Huron,   Chicago, IL 60612-1305
aty            +Ira Bodenstein,   Shaw, Gussis, Fishman, Glantz, etal,   321 N. Clark Street,   Suite 800,
                 Chicago, IL 60654-4766
aty            +Patrick A Clisham,   Shaw Gussis Fishman Glantz Wolfson,   321 North Clark Street,   Suite 800,
                 Chicago, IL 60654-4766
aty            +Vipin R Gandra,   Shaw Gussis Fishman Glantz Wolfson & Tow,   321 N Clark St., Suite 800,
                 Chicago, IL 60654-4766
tr             +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
                 Chicago, IL 60603-6209
11970714       +Amerimex Construction,   DBA Amerimex Concrete,   2659 W 98th St,   Evergreen Park, IL 60805-3237
11520459       +Burton A. Brown,   Law Offices of Burton A. Brown,   205 West Wacker Drive, Suie 922,
                 Chicago, IL 60606-1216
11520460       +City of Chicago,   121 North LaSalle, Room 107A,   Chicago, IL 60602-1232
11520461      +++Dominick Geraci,   Law Offices of Burton A Brown,   205 West Wacker Drive Suite 922,
                 Chicago, IL 60606-1244
11520462        Drywall Supply Illinois,   3800 South Morgan Street,   Chicago, IL 60609-1420
11520463       +Giuseppe Burlando & Katrina Walker,   2133 W. Huron,   Chicago, IL 60612-1305
11520465      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,   Centralized Insolvency Operation,
                 Post Office Box 21126,   Philadelphia, PA 19114)
11520464        Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11888799       +Law Office of George N Reveliotis,   30 N Michigan Ave #1619,   Chicago, IL 60602-3659
11906890       +Milan Mladenovic,   Milan Electric,   5645 N Courtland Ave,   Chicago, IL 60631-2907
11520466        National Bank of Commerce,   5500 St. Charles Road,   Berkeley, IL 60163-1282
11751598       +New Heritage Realty,   President - Dominick Geraci,   Law Offices of Burton A. Brown,
                 205 West Wacker Drive,   Suite 922,   Chicago, Illinois 60606-1244
11983412       +Philip S Krone,   180 N Lasalle St #3000,   Chicago, IL 60601-2802
11520467       +Richard H. Fimoff,   Robbins Salomon and Patt, Ltd.,   25 East Washington St., Suite 1000,
                 Chicago, IL 60602-1796
11846594       +Sam D Macaluso & Associates,   1018 E 31st Street,   LaGrange Park, IL 60526-1217
11894188       +Sorrento, Inc.,   President - Dominick Geraci,   Law Offices of Burton A. Brown,
                 205 West Wacker Drive, Suite 922,   Chicago, Illinois 60606-1244
11751867       +Southwest Construction Group, Inc.,   President Dominick Geraci,   mail to:,
                 Law Offices of Burton A. Brown,   205 West Wacker Drive Suite 922,
                 Chicago, Illinois 60606-1244
11520468       +St. Paul Travelers,   PO BOX 42021,   Hazelwood, MO 63042-1021
11707879       +United Fire Group,   PO Box 73909,   Cedar Rapids, IA 52407-3909
11894352       +Urban Services Enterprises, LLC,   President- Dominick Geraci,   Law Offices of Burton A. Brown,
                 205 West Wacker Drive, Suite 922,   Chicago, Illinois 60606-1244
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lois West
aty             Popowcer Katten Ltd
aty             Shaw Gussis Fishman Glantz Wolfson & Towbin,LLC
                                                                                                 TOTALS: 3, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2009**                    **Signature:** *Joseph Speetjens*