UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| Thalia, LLC, | ) | CASE NO. 07 B 13852 |
| | ) | |
| Debtor. | ) | JUDGE PAMELA S. HOLLIS |
| | | Hearing Date: Sept. 17, 2009 at 10:30 a.m. |

**U.S. TRUSTEE'S OBJECTION TO**
**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

NOW COMES William T. Neary, United States Trustee for the Northern District of Illinois, by his Assistant, Dean C. Harvalis, and respectfully submits this objection to the Trustee's Application for Compensation and Expenses in this Chapter 7 case.

1. The Debtor filed a petition under Chapter 7 of the Bankruptcy Code on August 11, 2007. Also on that date, Andrew Maxwell was duly appointed as the case trustee ("Trustee").

2. The Trustee has performed his duties as set forth in Section 704 of the Code, and filed his Trustee's Final Report on or about August 17, 2009. The U.S. Trustee concurs with the Trustee's statement in the Final Report that the Trustee has faithfully performed his duties in this matter.

3. The U.S. Trustee, however, objects to the fees requested by the Trustee. The Trustee has calculated his compensation pursuant to 11 U.S.C. § 326 based on disbursements which include distributions made to a secured creditor through a foreclosure sale in the Circuit Court of Cook County. While the case law permits trustees to calculate compensation on constructive disbursements made to secured creditors arising in bankruptcy sales, *see* 3 *Collier*

*On Bankrutpcy,* (15th ed. Rev. 2009) § 326.02[2][f] at p. 326.11-12, that authority does not appear to extend to state court foreclosure sales.

    4.    Specifically, as noted in the Trustee's Application for Compensation and Expenses, the Trustee computes his statutory compensation, including a commission on the payment to the secured creditor of $2,378,457.38 at the foreclosure sale, to be $113,346.59. The Trustee has requested compensation in the amount of $75,000, well below the allowable amount as determined by the Trustee. Eliminating the payment to the secured creditor, though, results in an allowable trustee commission of $34,454.58. (Calculation attached as Exhibit A). The U.S. Trustee objects to the requested compensation to the extent that it exceeds this latter amount.

    RESPECTFULLY SUBMITTED:

    WILLIAM T. NEARY
    UNITED STATES TRUSTEE

DATED: August 25, 2009    BY:  /s/ Dean C. Harvalis
    Dean C. Harvalis
    Assistant U.S. Trustee
    OFFICE OF THE U.S. TRUSTEE
    219 South Dearborn Street, Suite 873
    Chicago, Illinois 60604
    (312) 886-5783

# EXHIBIT A
## TRUSTEE FEE CALCULATION

**Disbursement Base:**

| | |
|---|---:|
| Disbursements per Trustee Final Report | $3,002,548.91 |
| less: disbursements to secured creditor at state court sale, per Trustee Form 2 | <u>2,378,457.38</u> |
| Revised disbursement base | 624,091.53 |

**Maximum allowable comp. per §326:**

| | |
|---|---:|
| 25 % of first $5000 | $1250 |
| 10 % of next 45,000 | 4,500 |
| 5 % of next 950,000 | |
| (.05 x 574,091.53) | <u>28,704.58</u> |
| | 34,454.58 |

Exhibit A

## CERTIFICATE OF SERVICE

      Dean C. Harvalis, an attorney, state that pursuant to Local Rule 9013-3(D) the above **U.S. TRUSTEE'S OBJECTION TO TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES** was filed on August 25, 2009, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on August 25, 2009.

      /s/ Dean C. Harvalis

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

**Andrew J. Maxwell, ESQ**
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL 60603
maxwelllawchicago@yahoo.com

**Babak Bakhtiari**
Law Offices of Burton A. Brown
205 W. Wacker Dr., Suite 922
Chicago, IL 60606
bbakhtiari@babrownlaw.com

**Ira Bodenstein**
Shaw, Gussis, Fishman, Glantz, et al.
321 N. Clark Street, Suite 800
Chicago, IL 60610
ibodenstein@shawgussis.com

**Miles V. Cohen**
Scott & Kraus LLC
150 South Wacker, Suite 2900
Chicago, IL 60606
mcohen@skcounsel.com

**Richard H Fimoff**
Robbins, Salomon & Patt Ltd.
25 E Washington Street, Suite 1000
Chicago, IL 60602
rfimoff@rsplaw.com

**Vipin R Gandra**
Shaw Gussis Fishman Glantz, et al.
321 N Clark St., Suite 800
Chicago, IL 60610
vgandra@shawgussis.com

**Stephen J. Spiegel**
Hunt, Kaiser, Aranda & Subach Ltd.
1035 South York Road
Bensenville, IL 60106
SJSpiegel@hkasltd.com

**Timothy Sprague**
Anthony J. Peraica & Associates, Ltd.
5130 South Archer Avenue
Chicago, IL 60632
peraicalaw@aol.com

**Parties Served via First Class Mail:**

**Thalia, LLC**
2133 W. Huron
Chicago, IL 60612-1305