# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THALIA, LLC | § | Case No. 07-13852 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $                    from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GUISEPPE BURLANDO |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DOMINICK GERACI | | | |
| DOMINICK GERACI | | | |
| GIUSEPPE BURLANDO | | | |
| COLLEEN E. SOISSON | | | |
| JASON MACLEAN | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NATIONAL BANK OF COMMERCE | | | | | |
| NATIONAL COMMERCE BANK | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COMED | | | | | |
| UNITED FIRE GROUP | | | | | |
| ILLINOIS DEPT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| SHAW GUSSIS FISHMAN WOLFSON | | | | | |
| SHAW GUSSIS FISHMAN WOLFSON | | | | | |
| SHAW GUSSIS FISHMAN WOLFSON | | | | | |
| SHAW GUSSIS FISHMAN WOLFSON | | | | | |
| POPOWCER  KATTEN, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-----|-----|-----|-----|-----|
| SELLING OFFICER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-----|-----|-----|-----|-----|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-----|-----|-----|-----|-----|
| City of Chicago<br>121 North LaSalle,Rm107A<br>Chicago, IL 60601 | | | | | |
| Illinois Department of Revenue<br>P.O. Box 19468<br>Springfield, IL 62794 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21126<br>Philidelphia, PA 19114 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Burton A. Brown<br>205 West Wacker Dr., Suite 922<br>Chicago, IL 60606 | | | | | |
| Drywall Supply Illinois<br>3800 South Morgan Street<br>Chicago, IL 60609-1420 | | | | | |
| National Bank of Commerce<br>5500 St. Charles Road<br>Berkeley, IL 60163-1282 | | | | | |
| Richard H. Fimoff<br>Robbins Salomon and Patt, Ltd.<br>25 East Washington St., Suite 1000<br>Chicago, IL 60602 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| St. Paul Travelers P.O. Box 42021 Hazelwood, MO 63042-0802 | | | | | |
| AMERIMEX CONSTRUCTION | | | | | |
| DOMINICK GERACI | | | | | |
| GIUSEPPE BURLANDO & KATRINA WALKER | | | | | |
| LAW OFFICE OF GEORGE N REVELIOTIS | | | | | |
| MILAN MLADENOVIC | | | | | |
| NEW HERITAGE REALTY | | | | | |
| PHILIP S KRONE | | | | | |
| SAM D MACALUSO & ASSOCIATES | | | | | |
| SORRENTO, INC. | | | | | |
| SOUTHWEST CONSTRUCTION GROUP, INC. | | | | | |
| URBAN SERVICES ENTERPRISES, LLC | | | | | |
| AMERIMEX CONSTRUCTION | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DOMINICK GERACI | | | | | |
| GIUSEPPE BURLANDO & KATRINA WALKER | | | | | |
| LAW OFFICE OF GEORGE N REVELIOTIS | | | | | |
| MILAN MLADENOVIC | | | | | |
| NEW HERITAGE REALTY | | | | | |
| PHILIP S KRONE | | | | | |
| SAM D MACALUSO & ASSOCIATES | | | | | |
| SORRENTO, INC. | | | | | |
| SOUTHWEST CONSTRUCTION GROUP, INC. | | | | | |
| URBAN SERVICES ENTERPRISES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| | |
|---|---|
| Case No:   07-13852   PSH   Judge: PAMELA S. HOLLIS | Trustee Name:   ANDREW J. MAXWELL, TRUSTEE |
| Case Name:   THALIA, LLC | Date Filed (f) or Converted (c):   08/01/07 (f) |
| | 341(a) Meeting Date:   08/30/07 |
| For Period Ending:  12/08/09 | Claims Bar Date:   02/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. COMMERCIAL BUILDING (u)<br>    1221 W. 18TH ST | Unknown | Unknown | | 11,400.00 | Unknown |
| 2. RENT (u)<br>    1221 W. 18TH ST | Unknown | Unknown | | 8,000.00 | Unknown |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7,077.91 | Unknown |
| 4. NATIONAL BANK OF COMMERCE (u)<br>    OPERATING ACCOUNT | Unknown | Unknown | | 14,432.07 | Unknown |
| 5. 06 CH 27845 (u)<br>    (including potential tax credit) | Unknown | 0.00 | | 3,125,000.00 | FA |
| 6. REFUNDS (u) | 0.00 | Unknown | | 12,500.61 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)             $0.00             $0.00             $3,178,410.59             $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-NO SCHEDULES FILED BY DEBTOR

-SOUGHT SALE OF RE

-NEGOTIATED FORECLOSURE SALE WITH MINIMUM BID BY 1 OF 2 MEMBERS OF LLC; FORECLOSURE SALE HELD, CHALLENGED IN STATE COURT
 BY NON-BIDDING PARTNER

- MORTGAGE LENDER PAID IN FULL AFTER APPROVAL OF FORECLOSURE SALE,
 SURPLUS FUNDS PAID TO ESTATE

-TRUSTEE HAS REVIEWED ALL CLAIMS AND PAID 100% DISTRIBUTION, AND HAS MADE INTERIM DISTRIBUTION OF SURPLUS FUNDS TO THE 2
 MEMBERS OF DEBTOR

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No: | 07-13852   PSH   Judge: PAMELA S. HOLLIS |
| Case Name: | THALIA, LLC |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/01/07 (f) |
| 341(a) Meeting Date: | 08/30/07 |
| Claims Bar Date: | 02/26/08 |

-TAX RETURNS PREPARED AND FILED

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 06/30/09

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13852  -PSH |
| Case Name: | THALIA, LLC |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 12/08/09 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208023 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/07 | 2 | JASON MACLEAN AND MARYAM SALEH UNIT 4 1221 W. 18TH ST CHICAGO, IL 60608 | RENT - 9/07 | 1230-000 | 1,100.00 | | 1,100.00 |
| 09/04/07 | 2 | MITCHELL SCHMIEDING/MARJORIE BRANSFIELD | RENT - 9/07 | 1230-000 | 2,400.00 | | 3,500.00 |
| 09/06/07 | 2 | HAMEEDA S. SHAIKH 1225 W. 18TH STREET UNIT #2 SI CHICAGO, IL 60608 | 9/07 RENT | 1230-000 | 1,050.00 | | 4,550.00 |
| 09/06/07 | 2 | ASHLEY A. KABAT 1225 W. 18TH ST UNIT 2 CHICAGO, IL 60608 | 9/07 RENT | 1230-000 | 1,050.00 | | 5,600.00 |
| 09/12/07 | 000101 | COMED BILL PAYMENT CENTER CHICAGO, IL 60668-0001 | 2258 N. KIMBALL 8634005000  $21.48 7290093003  $43.36 4707005047  $158.71 | 2690-000 | | 223.55 | 5,376.45 |
| 09/13/07 | 2 | OTTO J. ROESER | 9/07 RENT | 1230-000 | 2,400.00 | | 7,776.45 |
| 09/28/07 | 3 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 3.24 | | 7,779.69 |
| 10/02/07 | 4 | NATIONAL BANK OF COMMERCE | WIRE TRANSFER-LIQBANK ACCT | 1221-000 | 2,528.65 | | 10,308.34 |
| 10/02/07 | 000102 | COLLEEN E. SOISSON DAVID JONES | FULL REFUND OF SECURITY DEPOSIT | 8500-000 | | 4,600.00 | 5,708.34 |
| 10/04/07 | 000103 | UNITED FIRE GROUP P.O. BOX 3244 CEDAR RAPIDS, IA 52406-3244 | INS PREMIUM POL# 60067440 | 2690-000 | | 985.00 | 4,723.34 |
| 10/05/07 | 1 | MITCHELL K. SCHMIEDING MARJORIE BRANSFIELD | 10/07 RENT | 1130-000 | 2,400.00 | | 7,123.34 |

| | Page Subtotals | 12,931.89 | 5,808.55 |
|---|---|---|---|

Ver: 15.02

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13852 -PSH |
| Case Name: | THALIA, LLC |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 12/08/09 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208023  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/09/07 | 4 | NATIONAL BANK OF COMMERCE | WIRE TRANSFER-REFUND SEC DEP | 1180-000 | 4,600.00 | | 11,723.34 |
| 10/09/07 | 000104 | SHAW GUSSIS FISHMAN WOLFSON & TOBIN LLC 321 N. CLARK SUITE 800 CHICAGO, IL 60610 | SPECIAL COUNSEL RETAINER PER 9/13/07 O/C | 3210-000 | | 10,000.00 | 1,723.34 |
| 10/17/07 | 1 | ASHLEY A. KABAT | 10/07 RENT | 1130-000 | 1,050.00 | | 2,773.34 |
| 10/17/07 | 1 | HAMEEDA S. SHAIKH | 10/07 RENT | 1130-000 | 1,050.00 | | 3,823.34 |
| 10/22/07 | 1 | OTTO J. ROESER 1221 W. 18TH ST UNIT C CHICAGO, IL 60608 | 10/07 RENT | 1130-000 | 2,400.00 | | 6,223.34 |
| 10/31/07 | 1 | OTTO J. ROESER | 11/07 RENT | 1130-000 | 2,400.00 | | 8,623.34 |
| 10/31/07 | 3 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 5.15 | | 8,628.49 |
| 11/06/07 | 1 | HAMEEDA S. SHAIKH | 10/07 RENT | 1130-000 | 1,050.00 | | 9,678.49 |
| 11/06/07 | 1 | ASHLEY A. KABAT | 10/07 RENT | 1130-000 | 1,050.00 | | 10,728.49 |
| 11/30/07 | 3 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 5.06 | | 10,733.55 |
| 12/31/07 | 3 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 5.13 | | 10,738.68 |
| 01/31/08 | 3 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 4.25 | | 10,742.93 |
| 02/04/08 | 5 | CLERK - CIRCUIT COURT OF COOK COUNTY REAL ESTATE ESC SURPLUS FUND ACCT. | 06 CH 27845 - SURPLUS FUNDS | | 747,299.80 | | 758,042.73 |
| | | CLERK - CIRCUIT COURT OF COOK COUNT | Memo Amount:        3,125,000.00 06 CH 27845 - RE SALE | 1149-000 | | | |
| | | NATIONAL COMMERCE BANK | Memo Amount:     ( 2,378,457.38 ) SECURED CREDITOR PMT | 4110-000 | | | |
| | | SELLING OFFICER | Memo Amount:        ( 300.00 ) COMMISSIION | 3991-000 | | | |
| | | INTEREST | Memo Amount:        1,057.18 INTEREST INCOME | 1270-000 | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 760,919.39 | 10,000.00 |

Ver: 15.02

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13852  -PSH |
| Case Name: | THALIA, LLC |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 12/08/09 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208023  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/08 | 3 | BANK OF AMERICA | Interest Rate  2.250 | 1270-000 | 201.83 | | 758,244.56 |
| 03/04/08 | 000105 | NATIONAL BANK OF COMMERCE | PER 2/28/08 O/C | 4110-000 | | 11,294.55 | 746,950.01 |
| | | C/O RICHARD H. FIMHOFF | | | | | |
| | | 25 E. WASHINGTON | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| 03/27/08 | 000106 | INTERNATIONAL SURETIES, LTD. | BOND# 016026455 | 2300-000 | | 13.76 | 746,936.25 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/31/08 | 3 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 1,217.53 | | 748,153.78 |
| 04/30/08 | 3 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 919.86 | | 749,073.64 |
| 05/12/08 | 000107 | SHAW GUSSIS FISHMAN WOLFSON | SPECIAL COUNSEL RETAINER | | | 32,147.84 | 716,925.80 |
| | | 321 N. CLARK | PER 5/8/08 O/C | | | | |
| | | SUITE 800 | | | | | |
| | | CHICAGO, IL 60610 | | | | | |
| | | | Fees             31,900.00 | 3210-000 | | | 716,925.80 |
| | | | Expenses          247.84 | 3220-000 | | | 716,925.80 |
| 05/30/08 | 3 | BANK OF AMERICA | Interest Rate  1.250 | 1270-000 | 773.31 | | 717,699.11 |
| 06/30/08 | 3 | BANK OF AMERICA | Interest Rate  1.250 | 1270-000 | 735.35 | | 718,434.46 |
| 07/31/08 | 3 | Bank of America, N.A. | Interest Rate  1.250 | 1270-000 | 760.64 | | 719,195.10 |
| 08/29/08 | 3 | Bank of America, N.A. | Interest Rate  1.250 | 1270-000 | 761.44 | | 719,956.54 |
| 09/17/08 | | Transfer to Acct #4429208324 | TRANSFER TO WRITE CHECKS | 9999-000 | | 178,070.86 | 541,885.68 |
| 09/30/08 | 3 | Bank of America, N.A. | Interest Rate  1.500 | 1270-000 | 748.60 | | 542,634.28 |
| 10/14/08 | 000108 | ILLINOIS DEPARTMENT OF REVENUE | 2007 IL 1120-ST | 2820-000 | | 3,113.00 | 539,521.28 |
| | | P.O. BOX 19032 | FEIN: 20-1674775 | | | | |
| | | SPRINGFIELD, IL 62794-9032 | | | | | |
| 10/22/08 | 6 | PEOPLES GAS | REFUND OF DEPOSIT | 1121-000 | 6,613.17 | | 546,134.45 |
| 10/22/08 | 6 | CITY OF CHICAGO - DEPT OF FINANCE | REFUND | 1121-000 | 5,887.44 | | 552,021.89 |
| | | 33 NORTH LASALLE STREET | | | | | |

Page Subtotals          18,619.17          224,640.01

Ver: 15.02

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 07-13852 -PSH | |
| Case Name: | THALIA, LLC | |
| | | |
| Taxpayer ID No: | *******4775 | |
| For Period Ending: | 12/08/09 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208023  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 700 | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| 10/31/08 | 3 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 422.79 | | 552,444.68 |
| 11/28/08 | 3 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 233.95 | | 552,678.63 |
| 12/12/08 | | Transfer from Acct #4429208146 | Transfer In From MMA Account | 9999-000 | 4,986.29 | | 557,664.92 |
| 12/30/08 | | Transfer to Acct #4429208324 | TRANSFER TO WRITE CHECKS | 9999-000 | | 219,785.65 | 337,879.27 |
| 12/31/08 | 3 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 134.81 | | 338,014.08 |
| 01/14/09 | | Transfer to Acct #4429208324 | TRANSFER TO WRITE CHECKS | 9999-000 | | 16,795.06 | 321,219.02 |
| 01/30/09 | 3 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 8.37 | | 321,227.39 |
| 02/09/09 | | Transfer to Acct #4429208324 | Bank Funds Transfer | 9999-000 | | 298.35 | 320,929.04 |
| 02/27/09 | 3 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 7.39 | | 320,936.43 |
| 03/31/09 | 3 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 8.18 | | 320,944.61 |
| 04/01/09 | 000109 | ILLINOIS DEPT OF REVENUE | IL FORM IL-1065  Y/E 12/31/08 | 2810-000 | | 292.00 | 320,652.61 |
| | | 100 W. RANDOLPH ST | | | | | |
| | | LEVEL 7-425 | | | | | |
| | | CHICAGO IL | | | | | |
| 04/30/09 | 3 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 18.45 | | 320,671.06 |
| 05/29/09 | 3 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.05 | | 320,690.11 |
| 06/30/09 | 3 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 18.46 | | 320,708.57 |
| 07/31/09 | 3 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.07 | | 320,727.64 |
| 08/31/09 | 3 | Bank of America, N.A. | Interest Rate  0.070 | 1270-000 | 19.07 | | 320,746.71 |
| 09/18/09 | 3 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 10.46 | | 320,757.17 |
| 09/18/09 | | Transfer to Acct #4429208324 | Final Posting Transfer | 9999-000 | | 320,757.17 | 0.00 |

|  | Page Subtotals | 5,906.34 | 557,928.23 |
|---|---|---|---|

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

Ver: 15.02

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13852 -PSH |
| Case Name: | THALIA, LLC |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 12/08/09 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208023  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 3,126,057.18 | COLUMN TOTALS | | 798,376.79 | 798,376.79 | 0.00 |
| | | Memo Allocation Disbursements: | 2,378,757.38 | Less: Bank Transfers/CD's | | 4,986.29 | 735,707.09 | |
| | | | | Subtotal | | 793,390.50 | 62,669.70 | |
| | | Memo Allocation Net: | 747,299.80 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 793,390.50 | 62,669.70 | |

Page Subtotals                 0.00                 0.00

Ver: 15.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 07-13852 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | THALIA, LLC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208146  Security Deposit-Money Market |
| Taxpayer ID No: | *******4775 | | |
| For Period Ending: | 12/08/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/07 | 4 | NATIONAL BANK OF COMMERCE | CLOSE OF SECURITY DEP ACCT | 1180-000 | 7,303.42 | | 7,303.42 |
| 10/30/07 | 000101 | JASON MACLEAN | REFUND OF SECURITY DEPOSIT | 8500-000 | | 2,333.60 | 4,969.82 |
| | | 5639 S. KENWOOD AVE | | | | | |
| | | APT#2B | | | | | |
| | | CHICAGO, IL 60637 | | | | | |
| 10/31/07 | 3 | BANK OF AMERICA | Interest Rate  0.750 | 1180-000 | 1.35 | | 4,971.17 |
| 11/30/07 | 3 | BANK OF AMERICA | Interest Rate  0.650 | 1180-000 | 3.24 | | 4,974.41 |
| 12/31/07 | 3 | BANK OF AMERICA | Interest Rate  0.500 | 1180-000 | 2.38 | | 4,976.79 |
| 01/31/08 | 3 | BANK OF AMERICA | Interest Rate  0.400 | 1180-000 | 1.97 | | 4,978.76 |
| 02/29/08 | 3 | BANK OF AMERICA | Interest Rate  0.300 | 1180-000 | 1.18 | | 4,979.94 |
| 03/31/08 | 3 | BANK OF AMERICA | Interest Rate  0.250 | 1180-000 | 1.18 | | 4,981.12 |
| 04/30/08 | 3 | BANK OF AMERICA | Interest Rate  0.250 | 1180-000 | 1.02 | | 4,982.14 |
| 05/30/08 | 3 | BANK OF AMERICA | Interest Rate  0.150 | 1180-000 | 0.63 | | 4,982.77 |
| 06/30/08 | 3 | BANK OF AMERICA | Interest Rate  0.150 | 1180-000 | 0.61 | | 4,983.38 |
| 07/31/08 | 3 | Bank of America, N.A. | Interest Rate  0.150 | 1180-000 | 0.63 | | 4,984.01 |
| 08/29/08 | 3 | Bank of America, N.A. | Interest Rate  0.150 | 1180-000 | 0.63 | | 4,984.64 |
| 09/30/08 | 3 | Bank of America, N.A. | Interest Rate  0.150 | 1180-000 | 0.61 | | 4,985.25 |
| 10/31/08 | 3 | Bank of America, N.A. | Interest Rate  0.100 | 1180-000 | 0.48 | | 4,985.73 |
| 11/28/08 | 3 | Bank of America, N.A. | Interest Rate  0.100 | 1180-000 | 0.40 | | 4,986.13 |
| 12/12/08 | 3 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 4,986.29 |
| 12/12/08 | | Transfer to Acct #4429208023 | Final Posting Transfer | 9999-000 | | 4,986.29 | 0.00 |

| | Page Subtotals | 7,319.89 | 7,319.89 |
|---|---|---|---|

Ver: 15.02

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 17)*

FORM 2                                                                                                    Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-13852 -PSH | |
| Case Name: | THALIA, LLC | |
| | | |
| Taxpayer ID No: | *******4775 | |
| For Period Ending: | 12/08/09 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208146  Security Deposit-Money Market |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,319.89 | 7,319.89 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 4,986.29 | |
| | | Subtotal | 7,319.89 | 2,333.60 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 7,319.89 | 2,333.60 | |

Page Subtotals                     0.00              0.00

Ver: 15.02

FORM 2                                                                                          Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-13852  -PSH | |
| Case Name: | THALIA, LLC | |
| | | |
| Taxpayer ID No: | *******4775 | |
| For Period Ending: | 12/08/09 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208324 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/08 | | Transfer from Acct #4429208023 | TRANSFER TO WRITE CHECKS | 9999-000 | 178,070.86 | | 178,070.86 |
| 09/17/08 | 001001 | Giuseppe Burlando & Katrina Walker | INTERIM DIST - 90% ALLOWED CLAIM | 7100-000 | | 44,190.00 | 133,880.86 |
| | | 2133 W. Huron | PER 8/29/08 SUMMARY | | | | |
| | | Chicago, IL 60612 | | | | | |
| 09/17/08 | 001002 | Dominick Geraci | INTERIM DIST - 90% ALLOWED CLAIM | 7100-000 | | 23,981.41 | 109,899.45 |
| | | Law Offices of Burton A Brown | PER 8/29/08 SUMMARY | | | | |
| | | 205 West Wacker Drive Suite 922 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 09/17/08 | 001003 | New Heritage Realty | INTERIM DIST - 90% ALLOWED CLAIM | 7100-000 | | 10,487.79 | 99,411.66 |
| | | President - Dominick Geraci | PER 8/29/08 SUMMARY | | | | |
| | | Law Offices of Burton A. Brown | | | | | |
| | | 205 West Wacker Drive | | | | | |
| | | Suite 922 | | | | | |
| | | Chicago, Illinois 60606 | | | | | |
| 09/17/08 | 001004 | Southwest Construction Group, Inc. | INTERIM DIST - 90% ALLOWED CLAIM | 7100-000 | | 27,244.69 | 72,166.97 |
| | | President Dominick Geraci | PER STIPULATION | | | | |
| | | mail to: | PER 8/29/08 SUMMARY | | | | |
| | | Law Offices of Burton A. Brown | | | | | |
| | | 205 West Wacker Drive Suite 922 | | | | | |
| | | Chicago, Illinois 60606 | | | | | |
| 09/17/08 | 001005 | Sam D Macaluso & Associates | INTERIM DIST - 90% ALLOWED CLAIM | 7100-000 | | 2,047.50 | 70,119.47 |
| | | 1018 E 31st Street | PER 8/29/08 SUMMARY | | | | |
| | | LaGrange Park, IL 60526 | | | | | |
| 09/17/08 | 001006 | Law Office of George N Reveliotis | INTERIM DIST - 90% ALLOWED CLAIM | 7100-000 | | 2,992.50 | 67,126.97 |
| | | 30 N Michigan Ave #1619 | PER 8/29/08 SUMMARY | | | | |
| | | Chicago, IL 60602 | | | | | |
| 09/17/08 | 001007 | Sorrento, Inc. | INTERIM DIST - 90% ALLOWED CLAIM | 7100-000 | | 12,050.57 | 55,076.40 |
| | | President - Dominick Geraci | PER 8/29/08 SUMMARY | | | | |
| | | Law Offices of Burton A. Brown | | | | | |

|  | | |
|---|---|---|
| Page Subtotals | 178,070.86 | 122,994.46 |

Ver: 15.02

FORM 2

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-13852 -PSH | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Case Name: | THALIA, LLC | | | Bank Name: | Bank of America, N.A. | |
| | | | | Account Number / CD #: | 4429208324 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******4775 | | | | | |
| For Period Ending: | 12/08/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/17/08 | 001008 | 205 West Wacker Drive, Suite 922 Chicago, Illinois 60606 Urban Services Enterprises, LLC President- Dominick Geraci | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 7,848.90 | 47,227.50 |
| 09/17/08 | 001009 | Law Offices of Burton A. Brown 205 West Wacker Drive, Suite 922 Chicago, Illinois 60606 Milan Mladenovic Milan Electric | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 4,050.00 | 43,177.50 |
| 09/17/08 | 001010 | 5645 N Courtland Ave Chicago, IL 60631 Amerimex Construction DBA Amerimex Concrete | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 2,677.50 | 40,500.00 |
| 09/17/08 | 001011 | 2659 W 98th St Evergreen Park, IL 60805 Philip S Krone 180 N Lasalle St #3000 Chicago, IL 60601 | INTERIM DIST - 90% ALLOWED CLAIM PER 8/29/08 SUMMARY | 7100-000 | | 40,500.00 | 0.00 |
| 12/30/08 | | Transfer from Acct #4429208023 | TRANSFER TO WRITE CHECKS | 9999-000 | 219,785.65 | | 219,785.65 |
| 12/30/08 | 001012 | GUISEPPE BURLANDO | PRINCIPAL PAYMENT PER NOTICE | 8200-002 | | 100,000.00 | 119,785.65 |
| 12/30/08 | 001013 | DOMINICK GERACI | PRINCIPAL PAYMENT PER NOTICE | 8200-002 | | 100,000.00 | 19,785.65 |
| 12/30/08 | 001014 | Giuseppe Burlando & Katrina Walker 2133 W. Huron Chicago, IL 60612 | FINAL CLAIM DIST | 7100-000 | | 4,910.00 | 14,875.65 |
| 12/30/08 | 001015 | Dominick Geraci Law Offices of Burton A Brown 205 West Wacker Drive Suite 922 Chicago, IL 60606 | FINAL CLAIM DIST | 7100-000 | | 2,664.60 | 12,211.05 |

Page Subtotals     219,785.65     262,651.00

Ver: 15.02

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 20)*

Page:    10

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13852  -PSH |
| Case Name: | THALIA, LLC |
| | |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 12/08/09 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208324  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/08 | 001016 | New Heritage Realty<br>President - Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive<br>Suite 922<br>Chicago, Illinois 60606 | FINAL CLAIM DIST | 7100-000 | | 1,165.31 | 11,045.74 |
| 12/30/08 | 001017 | Southwest Construction Group, Inc.<br>President Dominick Geraci<br>mail to:<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive Suite 922<br>Chicago, Illinois 60606 | FINAL CLAIM DIST | 7100-000 | | 3,027.19 | 8,018.55 |
| 12/30/08 | 001018 | Sam D Macaluso & Associates<br>1018 E 31st Street<br>LaGrange Park, IL 60526 | FINAL CLAIM DIST | 7100-000 | | 227.50 | 7,791.05 |
| 12/30/08 | 001019 | Law Office of George N Reveliotis<br>30 N Michigan Ave #1619<br>Chicago, IL 60602 | FINAL CLAIM DIST | 7100-000 | | 332.50 | 7,458.55 |
| 12/30/08 | 001020 | Sorrento, Inc.<br>President - Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive, Suite 922<br>Chicago, Illinois 60606 | FINAL CLAIM DIST | 7100-000 | | 1,338.95 | 6,119.60 |
| 12/30/08 | 001021 | Urban Services Enterprises, LLC<br>President- Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive, Suite 922<br>Chicago, Illinois 60606 | FINAL CLAIM DIST | 7100-000 | | 872.10 | 5,247.50 |
| 12/30/08 | 001022 | Milan Mladenovic<br>Milan Electric | FINAL CLAIM DIST | 7100-000 | | 450.00 | 4,797.50 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 7,413.55 |

Ver: 15.02

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 21)*

Page: 11

FOR PAGE

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          07-13852 -PSH
Case Name:     THALIA, LLC

Taxpayer ID No:   *******4775
For Period Ending:  12/08/09

Trustee Name:                      ANDREW J. MAXWELL, TRUSTEE
Bank Name:                          Bank of America, N.A.
Account Number / CD #:      4429208324  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/08 | 001023 | 5645 N Courtland Ave<br>Chicago, IL 60631<br>Amerimex Construction<br>DBA Amerimex Concrete<br>2659 W 98th St<br>Evergreen Park, IL 60805 | FINAL CLAIM DIST | 7100-000 | | 297.50 | 4,500.00 |
| * 12/30/08 | 001024 | Philip S Krone<br>180 N Lasalle St #3000<br>Chicago, IL 60601 | FINAL CLAIM DIST | 7100-004 | | 4,500.00 | 0.00 |
| 01/14/09 | | Transfer from Acct #4429208023 | TRANSFER TO WRITE CHECKS | 9999-000 | 16,795.06 | | 16,795.06 |
| 01/14/09 | 001025 | SHAW GUSSIS FISHMAN WOLFSON & TOBIN LLC<br>321 N. CLARK<br>SUITE 800<br>CHICAGO, IL 60610 | PER 1/8/09 O/C<br>2ND INTERIM APP FOR FEES & COSTS | | | 16,795.06 | 0.00 |
| | | | Fees           16,633.00 | 3210-000 | | | 0.00 |
| | | | Expenses           162.06 | 3220-000 | | | 0.00 |
| 02/09/09 | | Transfer from Acct #4429208023 | Bank Funds Transfer | 9999-000 | 298.35 | | 298.35 |
| 02/09/09 | 001026 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>BOND # 016026455 | 2300-000 | | 298.35 | 0.00 |
| * 02/20/09 | 001024 | Philip S Krone<br>180 N Lasalle St #3000<br>Chicago, IL 60601 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -4,500.00 | 4,500.00 |
| 02/20/09 | 001027 | PHILIP KRONE<br>1610 LENOX AVE.<br>APT #201<br>MIAMI BEACH, FL  33139 | REPLACES DIST CK #1024 | 7100-000 | | 4,500.00 | 0.00 |
| 09/18/09 | | Transfer from Acct #4429208023 | Transfer In From MMA Account | 9999-000 | 320,757.17 | | 320,757.17 |

Page Subtotals          337,850.58          21,890.91

Ver: 15.02

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 22)*

FORM 2

Page:   12

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        07-13852 -PSH
Case Name:   THALIA, LLC

Taxpayer ID No:  *******4775
For Period Ending:  12/08/09

Trustee Name:        ANDREW J. MAXWELL, TRUSTEE
Bank Name:           Bank of America, N.A.
Account Number / CD #:   4429208324  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/18/09 | 001028 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO,  ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 70,000.00 | 250,757.17 |
| 09/18/09 | 001029 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO,  ILLINOIS 60603 | Chapter 7 Expenses | 2200-000 | | 129.36 | 250,627.81 |
| 09/18/09 | 001030 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 8,355.00 | 242,272.81 |
| 09/18/09 | 001031 | Giuseppe Burlando & Katrina Walker<br>2133 W. Huron<br>Chicago, IL 60612 | Claim 000002, Payment 6.97% | 7990-000 | | 3,421.37 | 238,851.44 |
| 09/18/09 | 001032 | Dominick Geraci<br>Law Offices of Burton A Brown<br>205 West Wacker Drive Suite 922<br>Chicago, IL 60606 | Claim 000003, Payment 6.97% | 7990-000 | | 1,856.74 | 236,994.70 |
| 09/18/09 | 001033 | New Heritage Realty<br>President - Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive<br>Suite 922<br>Chicago, Illinois 60606 | Claim 000004, Payment 6.97% | 7990-000 | | 812.01 | 236,182.69 |
| 09/18/09 | 001034 | Southwest Construction Group, Inc.<br>President Dominick Geraci<br>mail to:<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive Suite 922<br>Chicago, Illinois 60606 | Claim 000005, Payment 6.97% | 7990-000 | | 2,109.39 | 234,073.30 |

Page Subtotals                0.00              86,683.87

Ver: 15.02

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 23)*

FORM 2

Page:   13

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-13852 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | THALIA, LLC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208324 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 12/08/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/18/09 | 001035 | Sam D Macaluso & Associates<br>1018 E 31st Street<br>LaGrange Park, IL 60526 | Claim 000006, Payment 6.97% | 7990-000 | | 158.53 | 233,914.77 |
| | 09/18/09 | 001036 | Law Office of George N Reveliotis<br>30 N Michigan Ave #1619<br>Chicago, IL 60602 | Claim 000007, Payment 6.97% | 7990-000 | | 231.69 | 233,683.08 |
| | 09/18/09 | 001037 | Sorrento, Inc.<br>President - Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive, Suite 922<br>Chicago, Illinois 60606 | Claim 000008, Payment 6.97% | 7990-000 | | 933.00 | 232,750.08 |
| | 09/18/09 | 001038 | Urban Services Enterprises, LLC<br>President- Dominick Geraci<br>Law Offices of Burton A. Brown<br>205 West Wacker Drive, Suite 922<br>Chicago, Illinois 60606 | Claim 000009, Payment 6.97% | 7990-000 | | 607.69 | 232,142.39 |
| | 09/18/09 | 001039 | Milan Mladenovic<br>Milan Electric<br>5645 N Courtland Ave<br>Chicago, IL 60631 | Claim 000010, Payment 6.97% | 7990-000 | | 313.57 | 231,828.82 |
| | 09/18/09 | 001040 | Amerimex Construction<br>DBA Amerimex Concrete<br>2659 W 98th St<br>Evergreen Park, IL 60805 | Claim 000011, Payment 6.97% | 7990-000 | | 207.30 | 231,621.52 |
| * | 09/18/09 | 001041 | Philip S Krone<br>180 N Lasalle St #3000<br>Chicago, IL 60601 | Claim 000012, Payment 6.97% | 7990-003 | | 3,135.67 | 228,485.85 |
| | 09/18/09 | 001042 | DOMINICK GERACI | SURPLUS DISTRIBUTION OF FUNDS | 8200-002 | | 124,242.93 | 104,242.92 |
| | 09/18/09 | 001043 | GIUSEPPE BURLANDO | SURPLUS FUNDS DISTRIBUTION | 8200-002 | | 104,242.92 | 0.00 |
| * | 10/26/09 | 001041 | Philip S Krone | Stop Payment Reversal | 7990-003 | | -3,135.67 | 3,135.67 |

Page Subtotals          0.00          230,937.63

Ver: 15.02

FORM 2                                                                                        Page:   14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                            Exhibit 9

| Case No: | 07-13852  -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | THALIA, LLC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208324  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 12/08/09 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/09 | 001044 | 180 N Lasalle St #3000 Chicago, IL 60601 Philip S Krone 180 N Lasalle St #3000 Chicago, IL 60601 | STOP PAY ADD SUCCESSFUL Claim 000012, Payment 6.97% | 7990-000 | | 3,135.67 | 0.00 |

|  | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 735,707.09 | 735,707.09 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 735,707.09 | 0.00 | |
|  | | | Subtotal | 0.00 | 735,707.09 | |
|  | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 428,485.85 | |
|  | | | Net | 0.00 | 307,221.24 | |

|  | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 3,126,057.18 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 2,378,757.38 | | Money Market - Interest Bearing - 4429208023 | 793,390.50 | 62,669.70 | 0.00 |
| | | | Security Deposit-Money Market - 4429208146 | 7,319.89 | 2,333.60 | 0.00 |
| Total Memo Allocation Net: | 747,299.80 | | Checking Account (Non-Interest Earn - 4429208324 | 0.00 | 307,221.24 | 0.00 |
| | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 800,710.39 | 372,224.54 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                0.00             3,135.67